IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Kenya Edwards, | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 1:08-cv-01644-JFM |
| | § | |
| Peoples First Recoveries, LLC, | § | |
|     Defendant | § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41(a), Kenya Edwards, Plaintiff, hereby stipulates to and gives notice of the dismissal with prejudice of the above-entitled and numbered action.

Respectfully submitted,

/s/ Bernard T. Kennedy
Bernard T. Kennedy, Esquire
207 Miles River Court
Odenton, MD 21113
Ph (410) 305-4000
Fax (410) 305-4005
Fed. Bar # Md26843
bernardtkennedy@yahoo

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that a true and correct copy of the foregoing has been served by fax transmission on Defendant's attorney, Mr. Manuel H. Newburger, Barron, Newburger, Sinsley & Wier, PLLC, 1212 Guadalupe, Suite 102, Austin, Texas 78701-1837, Fax: (512) 279-0310, on this, the 11 day of July, 2008.

_____
Bernard T. Kennedy